## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FARM CREDIT SERVICES OF AMERICA, PCA,** a federally chartered instrumentality of the United States, and **FARM CREDIT SERVICES OF AMERICA, FLCA,** a federally chartered instrumentality of the United States, | ) ) ) ) ) ) ) ) | **CASE NO. 8:11CV320** |
| Plaintiffs, | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRAD HAUN, MICHELLE HAUN, CECIL D. HAUN, CAROLE L. HAUN, JOSEPH H. PAGE, FRANCES K. PAGE, CAROL KNISELY,** and **SHIRLEY KNISELY,** each individuals, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Suggestion of Bankruptcy (Filing No. 29) filed by Defendants Frances K. Page and Joseph H. Page. The Pages have not referenced or otherwise make known to the Court the bankruptcy case in which they, or other parties in this case, are the debtors. (*See* Filing No. 29, Ex. A.) Plaintiffs are seeking to recover from all of the Defendants in this case by virtue of them "each individually or through revocable trusts . . . control[ling] the owners and members of Big Drive Cattle, LLC." (Filing No. 1.) The Court has confirmed through the PACER Service Center, http://pacer.psc.uscourts.gov, that Big Drive Cattle, LLC. filed Chapter 11 Bankruptcy on September 9, 2011, in the United States Bankruptcy Court for the District of Nebraska, Case No. 11-bk-42415. Pursuant to NEGenR 1.5(a), and 28 U.S.C. § 157, this matter will be referred to the United States Bankruptcy Court for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3. The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 7th day of November, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge