IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FARM CREDIT SERVICES OF AMERICA, PCA**, a federally chartered instrumentality of the United States, and **FARM CREDIT SERVICES OF AMERICA, FLCA**, a federally chartered instrumentality of the United States, | ) ) ) ) ) ) ) ) | **CASE NO. 8:11CV320** |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| **BRAD HAUN, MICHELLE HAUN, CECIL D. HAUN, CAROLE L. HAUN, JOSEPH H. PAGE, FRANCES K. PAGE, CAROL KNISLEY,** and **SHIRLEY KNISLEY**, each Individuals, | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |
| **IN THE MATTER OF:** | ) ) | **CASE NO. BK11-42415 - TLS** |
| **BIG DRIVE CATTLE, L.L.C.,** | ) ) | **A11-4225 - TLS** |
| **Debtor.** | ) | **CH. 11** |

This matter is before the Court on the Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Saladino (Filing No. 33) recommending that this Court withdraw the reference of this matter to the bankruptcy court and that the Defendants' Motion to Stay (Case No. A11-4225-TLS, Filing No. 14) be denied. The time for filing objections to the Report and Recommendation has passed. See NEGenR 1.5(a)(2). No objections have been filed under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, the Report and Recommendation should be adopted.

IT IS ORDERED:

1. The Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Saladino (Filing No. 33) is adopted;

2. The Order of Reference (Filing No. 30) to the U.S. Bankruptcy Court for the District of Nebraska is withdrawn;

3. This case shall progress in this Court; and

4. The Defendants' Motion to Stay (Case No. A11-4225-TLS, Filing No. 14) is denied.

DATED this 4th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge